# In the United States Court of Federal Claims

No. 97-619 T
Filed January 17, 2007

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

The court originally scheduled trial in this case for December 5, 2005 through December 16, 2005. During the November 16, 2005 pre-trial telephone conference, however, the parties informed the court that they had reached a tentative agreement on a basis for settlement. Accordingly, the court cancelled the trial.

On May 16, 2006, the court convened a telephone status conference, at which time the parties indicated that a formal offer in compromise of all of the issues in the case was submitted by Plaintiff's counsel to the Department of Justice ("DOJ") on December 6, 2005. During a telephone status conference on September 11, 2006, the parties informed the court that the offer in compromise was progressing through the necessary DOJ channels. On October 5, 2006, the offer in compromise was amended.

On December 1, 2006, the parties informed the court that, on October 31, 2006, the DOJ sent the proposed settlement to the Joint Committee on Taxation ("Joint Committee") for formal approval in accordance with 26 U.S.C. § 6405. Government counsel advised that, pursuant to Section 6405, the Joint Committee likely would process the settlement by the end of the year.

During a telephone status conference on January 10, 2007, Government counsel informed the court that, on December 13, 2006, the DOJ learned that the Joint Committee never received the proposed settlement documentation. Government counsel advised that the settlement record was faxed to and received by the Joint Committee on December 13, 2006 and a decision should be rendered within thirty days.

Pursuant to the January 10, 2007 telephone status conference, the DOJ is ordered to apprise the court of the status of the settlement by January 31, 2007.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**