IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 97-619 T
(Judge Susan G. Braden)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of January 17, 2007, defendant, the United States, respectfully reports herewith on the status of the proposed settlement of this case.

On January 30, 2007, the Tax Division's Office of Review received a letter from the Joint Committee on Taxation stating that the committee has no objection to the proposed settlement. Accordingly, the Office of Review is notifying plaintiff's counsel and the Internal Revenue Service's Office of the Chief Counsel, by letter today, that plaintiff's offer in compromise has been accepted on behalf of the Attorney General. The

letter to plaintiff's counsel will include a stipulation for dismissal with prejudice for plaintiff's counsel to sign and return to defendant's counsel, to retain for filing with the Court after all of the processing of the settlement has been completed.

The Tax Division's recomputation specialist (Mr. Thomas Blake) will prepare a computation of the total amount of the credit or refund resulting from the settlement, coordinating with an insurance tax computation specialist in the Internal Revenue Service's Appeals Office in Boston. The final computation will be forwarded to plaintiff's counsel for his review. Assuming that the parties agree on the computation, the Tax Division will authorize the appropriate Internal Revenue Service Center to issue the refund check or credit, which will include statutory interest. On the same day that the check or notice of credit is mailed or delivered to plaintiff's counsel, the stipulation of dismissal will be filed with the Court. We anticipate that this entire process may take approximately three to four months.

Respectfully submitted,

January 31, 2007

s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

January 31, 2007

s/ Steven I. Frahm
Of Counsel