ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

No. 97-619 T
(Judge Susan G. Braden)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Plaintiff

v.

THE UNITED STATES,

Defendant

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

6/6/2007
Date

ARTHUR L. BAILEY
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Attorney for Plaintiff

JUL 19 2007 - Complaint dismissed pursuant to Rule 41(a)(1)(ii) this day.



2498187.1

7/19/07
Date

/s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

7/19/2007
Date

/s/ David Gustafson
Of Counsel

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that service of the foregoing Stipulation for Dismissal has been made on plaintiff's counsel, this 19th day of July 2007 by mailing a copy thereof, by first-class mail, to the following address:

Arthur L. Bailey, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Katie M. Bevins

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440